| | |
|---|---|
| CRYSTAL BARTZ, Individually and on Behalf of All Others Similarly Situated, <br><br>         Plaintiff, <br><br>   vs. <br><br> FROST-ARNETT COMPANY, <br><br>         Defendant. | Case No.: 18-cv-1420 <br><br> **STIPULATION OF DISMISSAL** <br><br><br> Hon. Pamela Pepper |

Plaintiff Crystal Bartz, by counsel, Ademi & O'Reilly, LLP, and Defendant Frost-Arnett Company, by counsel, Hinshaw & Culbertson, LLP, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant Frost-Arnett Company, are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 25th day of June 2019.


ADEMI & O'REILLY, LLP

/s/_Mark A. Eldridge_____
Mark A. Eldridge (SBN 1089944)
3620 East Layton Avenue
Cudahy, WI 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
E-mail: meldridge@ademilaw.com
*Attorneys for Plaintiff*

HINSHAW & CULBERTSON LLP

/s/ Alyssa A. Johnson
Alyssa A. Johnson
100 E. Wisconsin Ave., Suite 2600
Milwaukee, WI 53202
Tel: 414-225-4841
Fax: 414-276-9220
Email: ajohnson@hinshawlaw.com
*Attorneys for Defendant*